IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARILYN HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>BPS DIRECT, L.L.C. d/b/a BASS PRO SHOPS,<br><br>   Defendant. | Case No. 1:23-cv-00413-LKG<br><br>Dated:  May 12, 2023 |

### ORDER

Plaintiff has moved for an extension to file her response in opposition to Defendant's Motion and Memorandum in Support of its Motion to Dismiss Plaintiff's Class Action Complaint (ECF No. 13 and 13-1), until after the June 14, 2023 pre-motion conference, and the resolution of the underlying Motion to Stay Proceedings pending action by the Judicial Panel on Multidistrict Litigation (ECF No. 12).

Accordingly, it is hereby **ORDERED** that:

1. The Plaintiff's consented motion for an extension of time is **GRANTED**.

Plaintiff's response in opposition to Defendant's Motion and Memorandum in Support of its Motion to Dismiss Plaintiff's Class Action Complaint (ECF No. 13 and 13-1), is extended until after the June 14, 2023 pre-motion conference, and the resolution of the underlying Motion to Stay Proceedings pending action by the Judicial Panel on Multidistrict Litigation (ECF No. 12).

   /s/ Lydia Kay Griggsby
The Honorable Lydia Kay Griggsby
Judge, United States District Court for the District of Maryland