## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARILYN HERNANDEZ, individually and on behalf of all others similarly situated, | ) ) ) ) | Civil Action No. 23-cv-00413-LKG |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| BPS DIRECT, L.L.C. d/b/a BASS PRO SHOPS, | ) ) ) | |
| Defendant. | ) ) ) | |

### JOINT STATUS REPORT REGARDING PRE-MOTION CONFERENCE

Plaintiff Marilyn Hernandez and Defendant BPS Direct, L.L.C. d/b/a Bass Pro Shops ("BPS") (collectively, "the Parties"), by and through their respective counsel, provide the following update to the Court in connection with the Pre-Motion Conference presently set for Wednesday June 14, 2023 at 3:00 p.m.

    1)    This is one of eight cases pending against either BPS Direct LLC or Cabela's LLC regarding the use of session replay technology on the basspro.com and cabelas.com retail websites.

    2)    On June 2, 2023, the Judicial Panel on Multidistrict Litigation entered a Transfer Order transferring 6 of those cases to newly-created MDL No. 3074, which will be venued in the Eastern District of Pennsylvania.

    3)    On June 7, 2023, the JPML entered a conditional transfer order (CTO-1) conditionally transferring this case to MDL No. 3074. This CTO-1 is attached hereto as Exhibit A.

    4)    Neither party herein intends to object to the transfer and the Parties therefore expect that the transfer will be final on June 14, 2023.

5)    Prior to the aforementioned JPML orders, Plaintiff herein had filed notice of her intent to stay this proceeding pending a determination by the JPML as to whether an MDL would be created. [Docket No. 12]

6)    It is this issue that is set for pre-motion conference before the Court on June 14, 2023. [Docket No. 16]

7)    In light of the JPML Transfer Order as well as the Conditional Transfer Order conditionally transferring this case, the Parties respectfully suggest that this Court need not expend its judicial resources on this case which will be transferred to the Eastern District of Pennsylvania.

8)    The Parties agree that Plaintiff's notice of motion to stay pending JPML determination is moot in light of the JPML ruling; however, to the extent the Court deems it necessary, the Parties further agree to a stay of this matter in this Court pending its transfer to the Eastern District of Pennsylvania.


Dated:  June 9, 2023


Respectfully submitted,                          Respectfully submitted,

/s/ Steven M. Nathan                             /s/ Caitlin R. Convery
Steven M. Nathan                                 (signed by Steven M. Nathan with
(Md. Bar No. 30618)                              permission of Caitlin R. Convery)
HAUSFELD LLP                                     Caitlin R. Convery (# 20664)
33 Whitehall Street                              SHOOK, HARDY & BACON L.L.P.
Fourteenth Floor                                 1800 K St. NW, Suite 1000
New York, NY 10004                               Washington, D.C. 20006
646.357.1100                                     Tel: (202) 783-8400
snathan@hausfeld.com                             Fax: (202) 783-4211
                                                 cconvery@shb.com

James J. Pizzirusso
(Md. Bar No. 20817)
HAUSFELD LLP
888 16th Street N.W.
Suite 300
Washington, D.C. 20006
202.540.7200
jpizzirusso@hausfeld.com

Katrina Carroll
(Md. Bar No. 30610)
LYNCH CARPENTER, LLP
111 W. Washington St.
Suite 1240
Chicago IL 60602
312.750.1265
katrina@lcllp.com

Jonathan M. Jagher
(Md. Bar No. 30614)
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
610.234.6486
jjagher@fklmlaw.com

*Attorneys for Plaintiff, Marilyn Hernandez*

Alfred J. Saikali (*pro hac vice* forthcoming)
Jennifer A. McLoone (*pro hac vice* forthcoming)
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Blvd., Suite 3200
Miami, FL 33131
Tel: (305) 358-5171
Fax: (305) 358-7470
asaikali@shb.com
jmcloone@shb.com

Anna A. El-Zein (*pro hac vice* forthcoming)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
aelzein@shb.com

Lindsey M. Knapton (*pro hac vice* forthcoming)
SHOOK, HARDY & BACON L.L.P.
1600 17th St. Suite 450
Denver, CO 80202
Tel: (303) 285-5300
Fax: (303) 285-5301
lknapton@shb.com

*Attorneys for Defendant BPS Direct, L.L.C.*